UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CLOVER TECHNOLOGIES, INC.,             Chapter 7
                                                                Case No. 03-45110-SWR
          Debtor.                                     Hon. Steven W. Rhodes
_____/

**ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIMS NUMBERED
78, 86, 87, 89, 92, 93, 96, 97, 98, 108, 112, 118, 120, 121, 125, 129,
150, 153, 156, 159, 160, 162, 165, 166, 177, 179, AND 183**

This matter having come before the Court upon the Trustee's Objection to Claims Numbered 78, 83, 86, 87, 89, 92, 93, 96, 97, 98, 108, 112, 115, 118, 120, 121, 125, 129, 136, 150, 153, 155, 156, 159, 160, 162, 165, 166, 167, 177, 179, and 183; Notice of the Trustee's Objection to Claims Numbered 78, 83, 86, 87, 89, 92, 93, 96, 97, 98, 108, 112, 115, 118, 120, 121, 125, 129, 136, 150, 153, 155, 156, 159, 160, 162, 165, 166, 167, 177, 179, and 183, having been provided to all the claimants; no objections or responses thereto having been timely served; claim number 136 having been previously withdrawn; and the Court being otherwise fully advised in the premises;

IT IS ORDERED that the proofs of claims filed by the following claimants are disallowed:

| Claim Number | Claimant |
|---|---|
| 78 | International Sports |
| 86 | Contemporary Research Corp. |
| 87 | SER Communications, Inc. |
| 89 | Pecca, Inc. |
| 92 | Baan USA, Inc. |
| 93 | Michigan Baracading Equipment |

| | |
|---|---|
| 96 | Aga Gas, Inc. |
| 98 | First Electric |
| 108 | Westek Ltd./Twg. Solutions |
| 118 | River Oaks West Apartments |
| 120 | Compass Group Ltd. |
| 121 | Clover South Properties |
| 125 | Choice Logistics |
| 129 | Liberty Mutual Insurance Co. |
| 150 | Sunrise Int'l Leasing Corporation |
| 153 | Center Line Electric, Inc. |
| 156 | Gepco International, Inc. |
| 159 | Grady Memorial Hospital |
| 160 | Cingular Wireless |
| 165 | Decision One |
| 166 | Automotive Rentals |
| 177 | General Electric |
| 179 | Oklahoma Tax Commission |
| 183 | Leon County Tax Collector |

IT IS FURTHER ORDERED that claim number 97 filed by United Rentals Irving is allowed as a general unsecured claim in the amount of $1,063.00.

IT IS FURTHER ORDERED that claim number 112 filed by Michael G. Zamber is allowed as a general unsecured claim in the amount of $45,091.89.

IT IS FURTHER ORDERED that claim number 162 filed by Oakland University is allowed as a general unsecured claim in the amount of $937.50.

**Signed on February 26, 2007**

                                                           **/s/ Steven Rhodes**
                                                      **Steven Rhodes**
                                                    **Chief Bankruptcy Judge**