UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CLOVER TECHNOLOGIES, INC.         Chapter 7
                                                 Case No. 03-45110-SWR
                  Debtor.                       Hon: Steven W. Rhodes
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

       The attached check in the amount of $207.48, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 5 | Ingham County Circuit Court<br>Timothy M. Perrone, Atty<br>601 N. Capitol Ave.<br>Lansing, MI 48933 | $ 0.83 |
| 10 | County of Muskego Probate<br>Stephen C. Corwin<br>120 W. Apple Ave., PO Box 599<br>Muskegon, MI 49443 | $ 3.71 |
| 12U | Nedrin Loving<br>44708 Greenwood Dr.<br>Van Buren Twp., MI 48111 | $ 1.26 |
| 15 | National Scafford Rental Co.<br>PO Box 71721<br>Madison Hgts., MI 48071 | $ 0.20 |
| 17 | Sectel Corporation<br>42916 Ten Mile Road<br>Novi, MI 48375-5420 | $ 0.31 |
| 19 | Fred's Key Shop<br>3470 Second Ave.<br>Detroit, MI 48201 | $ 4.37 |

| | | |
|---|---|---|
| 22 | Perry Screw & Bolt<br>4250-4260 Grand Rive Ave.<br>Detroit, MI 48208 | $ 4.26 |
| 23 | Trigon Electronics, Inc.<br>1220 N. Batavia Street<br>Orange, CA 92867-4618 | $ 0.38 |
| 24U | Mark Katchever<br>1908 Borman Ct.<br>Milford, MI 48381 | $ 4.32 |
| 25U | Richard Wright<br>1101 Shotey Ct.<br>Milford, MI 48380 | $ 2.10 |
| 27 | West Penn Wire Cdt.<br>PO Box 98507<br>Chicago, IL | $ 9.21 |
| 28 | LTRAK Operating LP<br>1301 Waters Ridge Dr.<br>Lewisville, TX 75057 | $ 7.02 |
| 29 | Costal Business Machine<br>Dock M<br>9635 Libert Rd.<br>Randallstown, MD 21133 | $ 3.42 |
| 33 | Digikey<br>701 Brooks Ave. S.<br>PO Box 677<br>Thief River Falls, MN 56701 | $ 0.21 |
| 34 | Terminal Supply Corp.<br>PO Box 1253<br>Troy, MI 48099 | $ 2.12 |
| 35 | Cabling System Warehouse<br>Unit 1A<br>20418 E. Walnut Drive<br>Diamond Bar, CA 91789 | $ 0.24 |
| 36 | Paulich Slack & Wolff, P.A.<br>801 Anchor Rode Drive<br>Suite 203<br>Naples, FL 34103-2741 | $ 4.12 |

| | | | |
|---|---|---|---|
| 37 | Allied Telesyn International<br>PO Box 45219<br>San Francisco, CA | $ | 3.56 |
| 38 | Telcobuy.Com<br>PO Box 952120<br>St. Louis, MO | $ | 2.16 |
| 39 | Solar Winds<br>8221 63rd Place<br>Tulsa, OK 74133-2361 | $ | 0.74 |
| 42 | Tulsat, Inc.<br>1605 E. Iola<br>Broker Arrow, OK 74012 | $ | 1.07 |
| 44U | Graham Herbst<br>264 Phillips<br>Clawson, MI 48017 | $ | 2.33 |
| 45 | Four Star Wire & Cable Inc.<br>6200 19 Mile Rd.<br>Sterling Hgts., MI 48314 | $ | 0.16 |
| 47U | Frank Pizzurro<br>32570 Eiffel<br>Warren, MI 48088 | $ | 2.19 |
| 50 | Knox Video<br>8547 Grovemont Circle<br>Gaithersburg, MD 20877 | $ | 1.35 |
| 52 | Milsk Company<br>22420 Telegraph<br>Southfield, MI 48034 | $ | 0.96 |
| 53 | Kelly Amis<br>2525 Way Sullivan Dr.<br>Raduccah, KY 42003 | $ | 0.08 |
| 55U | Jack Wilson<br>43606 Stuart Court<br>Canton, MI 48187-3178 | $ | 8.14 |
| 56 | Atlantic Semiconductor<br>10 Centennial Drive<br>Peabody, MA 01960-7900 | $ | 1.20 |

| | | | |
|---|---|---|---|
| 58 | Brian K. Parks<br>17439 New Hampshrie Dr.<br>Southfield, MI 48075 | $ | 1.53 |
| 60 | Peerless Industries, Inc.<br>135 S. Lasalle; Dept. 4430<br>Chicago, IL 60603 | $ | 2.75 |
| 61 | Radio Design Labs<br>PO Box 1286<br>Carpinteria, CA 93014 | $ | 0.05 |
| 63 | Iverson's Lumber<br>c/o Marc D. Hallowell, Esq.<br>2254 E. Highland Rd.<br>Highland, MI 48356 | $ | 1.81 |
| 64 | Harvey Electronics<br>34781 Grand River<br>Farmington, MI 48335 | $ | 0.46 |
| 66 | Roses Cleaning<br>615 Orrin St.<br>Stockbridge, MI 49285 | $ | 3.85 |
| 67 | Cadillac Coffee Co.<br>PO Box 33321<br>Drawer 0109<br>Detroit, MI 48232-5321 | $ | 0.41 |
| 68 | Consultis of Dallas<br>4401 N. Federal Hwy.<br>Boca Raton, FL 33431 | $ | 3.17 |
| 69 | CMP Enclosures<br>3932 Grove Avenue<br>Gurnee, IL 60031 | $ | 3.02 |
| 71 | Tangent Cable Systems<br>3700 Washington Ave.<br>Marshallton, DE 19808 | $ | 1.88 |
| 74 | Mayline Group<br>619 N. Commerce St.<br>Sheboygan, WI 53081 | $ | 3.09 |

| | | |
|---|---|---|
| 75 | Liberty Wire & Cable<br>4630 Forge Road<br>Suite A<br>Colorado Springs, CO 80907-3552 | $ 0.28 |
| 76U | David S. Haynies<br>24634 Naplies Dr.<br>Novi, MI 48374 | $ 3.44 |
| 79 | Audio Video Distributors<br>29277 Southfield<br>Southfield, MI 48076 | $ 0.14 |
| 84 | Williams Scotsman, Inc.<br>8211 Town Center Dr.<br>Balto, MD 21236 | $ 1.10 |
| 85 | Semtron, Inc.<br>6465 Corunna Road<br>Flint, MI 48532 | $ 3.70 |
| 90 | Pitney Bowes Credit Corp.<br>PO Box 856460<br>Louisville, KY 40285 | $ 0.55 |
| 91 | Transport International Pool, Inc.<br>80 West Lancaster Ave.<br>Devon, PA 19333 | $ 0.52 |
| 95 | Internet Security<br>6303 Bafrield Road<br>Atlanta, GA 30328 | $ 0.57 |
| 97 | United Rentals Irving<br>PO Box 891413<br>Dallas, TX | $ 0.57 |
| 99 | ABC Appliance Warehouse<br>1 Silverdome Industrial Park<br>PO Box 436001<br>Houston, TX 77027 | $ 0.16 |
| 100 | JC Engraving<br>27326 Grand River<br>Redford, MI 48240 | $ 2.94 |

| | | |
|---|---|---|
| 101 | ADI c/o Harry Tills, Esq.<br>80 Orville Drive; Ste. 100<br>Bohemia, NY 11716 | $ 2.45 |
| 104 | Peoples Gas<br>130 E. Randolph Rd.<br>Chicago, IL 60601 | $ 0.19 |
| 105U | Christopher Daniel Arndt<br>PO Box 724<br>Belleville, MI 48112 | $ 0.05 |
| 110 | Rad Data Communications, Inc.<br>900 Corporate Drive<br>Mahwah, NJ 07430 | $ 0.22 |
| 111 | Dun & Bradstreet<br>c/o D&BRMS Bankruptcy Services<br>PO Box 5126<br>Timonium, MD 21094 | $ 0.16 |
| 112 | Michael G. Zamber<br>Law Office of C.R. Ruthford<br>645 Griswold St.; Suite 3270<br>Detroit, MI 48226 | $ 24.13 |
| 114 | Micro Warehouse, Inc.<br>1720 Oak Street<br>Lakewood, NJ 08701 | $ 0.78 |
| 119 | Crestron Electronics, Inc.<br>15 Volvo Drive<br>Northvale, NJ 07647 | $ 0.75 |
| 123U | Aaron Halverson<br>400 Anice Lane<br>Euless, TX 76039 | $ 3.90 |
| 124 | Group R Securitas Technology Corp.<br>20701 Manhattan Place<br>Torrance, CA 90501 | $ 3.94 |
| 131 | American Express Travel Related<br>c/o Becket & Lee LLP<br>PO Box 3001 Dept AC<br>Malvern, CA 19355 | $ 0.57 |

| | | |
|---|---|---|
| 134 | American Express Travel Related<br>c/o Becket & Lee LLP<br>PO Box 3001 Dept AC<br>Malvern, CA 19355 | $ 0.72 |
| 141 | Vista Computer Group<br>5555 Corporate Exchange Ct. SE<br>Suite 100<br>Grand Rapids, MI 49512 | $ 3.49 |
| 142 | International Space Optics<br>2495 Da Vinci<br>Irvine, CA 92614 | $ 1.16 |
| 144 | Kingston Sales Corp.<br>7031 Mayflower Pack Dr.<br>Zionsville, IN 46077 | $ 6.90 |
| 145 | Imagistics<br>7555 E. Hampden Ave. Ste. 200<br>Denver, CO 80231 | $ 0.26 |
| 146 | United Parcel Service<br>c/o D&B/RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, MD 21094 | $ 0.55 |
| 147 | Rauhorn Electric, Inc.<br>51997 Schoenherr<br>Utica, MI 48315-2739 | $ 4.62 |
| 148 | Underwriters Laboratories<br>PO Box 75330<br>Chicago, IL 60690 | $ 0.39 |
| 149 | Cosmopolitan Service Corp.<br>205 S. Northwest Hwy.<br>Park Ridge, IL 60068 | $ 0.29 |
| 154 | Advanced Communications<br>6022 Executive Dr.<br>Westland, MI 48185 | $ 30.48 |
| 162 | Oakland University<br>S. Frishman, Atty<br>203 Wilson Hall<br>Rochester Hills, MI 48309 | $ 0.50 |

| | | |
|---|---|---|
| 164U | Marcia J. Bennett<br>831 N Pontiac Trail #53<br>Walled Lake, MI 48390 | $ 2.98 |
| 170 | AWC Coating Inc.<br>11925 Wentling Ave.<br>Baton Rouge, LA 70816 | $ 1.10 |
| 173 | Krystal Marketing<br>1120 E. Long Lake Road<br>Suite 200<br>Troy, MI 48085 | $ 2.91 |
| NA3-U | John S. Williams<br>19 East Street North<br>PO Box 249<br>Sherburne, NY 13460 | $ 1.63 |
| NA8-U | Michael Leon Jeffers<br>312-42 E. Hanover St.<br>Marshall, MI 49068 | $ 3.26 |
| NA9-U | Suzanne Soli<br>705 Pearson St.<br>Ferndale, MI 48220 | $ 1.09 |

**TOTAL:** **$207.48**

Dated:   9/24/09

  /s/ Stuart A. Gold  
Stuart A. Gold, Trustee  
24901 Northwestern Hwy., Ste 444  
Southfield, MI 48075-2223  
(248) 350-8220  
stuart.gold@7trustee.net