UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CLOVER TECHNOLOGIES, INC.           Chapter 7
                                                   Case No. 03-45110-SWR
                   Debtor.                       Hon: Steven W. Rhodes
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $324.43, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 48 | Oneac Corporation Libertyville<br>PO Box 99627<br>Chicago, IL | $ 12.05 |
| 88 | Riley Properties, LLC<br>3100 Penobscott Bldg.<br>Ferndale, MI 48220 | $312.38 |
| | **TOTAL:** | **$324.43** |

Dated:    1/21/10                                        /s/ Stuart A. Gold
                                                                              Stuart A. Gold, Trustee
                                                                              24901 Northwestern Hwy., Ste 444
                                                                              Southfield, MI 48075-2223
                                                                              (248) 350-8220
                                                                              stuart.gold@7trustee.net